United States District Court
Southern District of Texas
**ENTERED**
October 06, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARK WILLIAM WOERNER,<br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | §§§§§§§§§ | Civil Action No. B-15-011<br>Criminal Action No. B-10-953-1 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that Mark William Woerner's 28 U.S.C. § 2255 Motion (Dkt. No. 1) is **DISMISSED** with prejudice. In light of this dismissal, Woerner's Motion for Evidentiary Hearing (Dkt. No. 4) is **DENIED** as moot. A certificate of appealability shall not issue.

Signed on this 6 day of October, 2016.

Hilda Tagle
Senior United States District Judge